

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00140-CR

JACOB WALTON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 361st District Court
Brazos County, Texas
Trial Court No. 11-04803-CRF-361, Honorable Steven Lee Smith, Presiding

May 20, 2014

## ORDER ON DISMISSAL

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Jacob Walton was convicted of aggravated robbery. Sentence was imposed on March 19, 2014, and a notice of appeal was filed on March 31, 2014. Appellant filed a timely motion for new trial, which was granted on May 7, 2014. *See* TEX. R. APP. P. 21.4(a), 26.2(a). Appellant has attached a copy of the order to a motion to dismiss the appeal which was filed in this court on May 15, 2014. So too has he attached affidavits signed by himself and counsel attesting to the above referenced facts.

When the trial court grants a motion for new trial, it restores the case to its position before the former trial. TEX. R. APP. P. 21.9. Because there is no conviction to be appealed, we have no jurisdiction to consider appellant's appeal. *Waller v. State,* 931 S.W.2d 640, 643-44 (Tex. App.—Dallas 1996, no pet.).

Accordingly, we dismiss the appeal for want of jurisdiction.


Per Curiam


Do not publish.